UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WANDA K. TURNER,<br><br>　Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>　Defendant | Civil No. C05-5012RBL<br><br><br><br><br>ORDER |

　　Based on the stipulation of the parties it is hereby ORDERED that the above-captioned case be remanded for further administrative proceedings. On remand, the Administrative Law Judge (ALJ) will update the record, and obtain a consultative mental status evaluation with psychological testing and a medical source statement about what Plaintiff can still do despite her impairments. The ALJ will apply the "special technique" for evaluating Plaintiff's mental impairments, considering Plaintiff's substance abuse, and, if necessary, not considering her substance abuse; reconsider all medical source opinions and give rationale for the weight given

Page 1　　ORDER- [C05-5012RBL]

to each; re-assess Plaintiff's credibility; reassess Plaintiff's residual functional capacity; and obtain additional vocational expert testimony.

This Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. See Melkonyan v. Sullivan, 501 U.S. 89 (1991).

DATED this 6th day of June, 2005.

RONALD B. LEIGHTON

UNITED STATES DISTRICT JUDGE

Recommended for Entry:

/s/ J. Kelley Arnold
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ CAROL A. HOCH   WSB # 9289
Special Assistant U.S. Attorney
Attorney for Defendant
Office of the General Counsel
701 Fifth Ave, Ste 2900, M/S 901
Phone:  206-615-2684
Fax:     206-615-2531
carol.hoch@ssa.gov

Page 2     ORDER- [C05-5012RBL]